| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>SOMERS, JASON D. | | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>SOMERS, ANGEL A. |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>XXX-XX-2695 | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>XXX-XX-2142 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1512 S. ELMWOOD AVE<br>BERWYN, IL 60402 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1512 S. ELMWOOD AVE<br>BERWYN, IL 60402 |
| County of Residence or of the<br>Principal Place of Business:   COOK | | County of Residence or of the<br>Principal Place of Business:   COOK |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s)<br>☐ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | | **Filing Fee** (Check one box)<br>☐ Full Filing Fee Attached<br>☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b)   See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

| Statistical/Administrative Information  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Estimated Assets** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |
| **Estimated Debts** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): JASON D. SOMERS, ANGEL A. SOMERS |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X */s/ Jason D. Somers*
Signature of Debtor

X */s/ Angel Somers*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

4-15-05
Date

X */s/ Thaddeus L. Wilson*
Signature of Attorney for Debtor(s)

**Thaddeus L. Wilson, 6226383**
Printed Name of Attorney for Debtor(s) / Bar No

**Brookins & Wilson**
Firm Name

**100 N. LaSalle Street  Suite 1710**
Address

**Chicago, IL 60602**

(312) 360-0888      (312) 360-0893
Telephone Number

4/15/05
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Thaddeus L. Wilson*  4/15/05
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156

Name of Debtors:  JASON D. SOMERS
ANGEL A. SOMERS

Case Number:

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR |
|---|

PATIENCE R. CLARK                6282669

| | | |
|---|---|---|
| EGM PEDIATRICS<br>P.O. BOX 967<br>TINLEY PARK, IL 60477 | BALLY TOTAL FITNESS<br>12440 INPERIAL HWY<br>NORWALK, CA 90650-8309 | CAHAN MD WEINSTEIN MD<br>153 S LAKE COOK RD<br>NORTH BROOK, IL 60062 |
| CAPITAL ONE<br>P.O. BOX 85520<br>RICHMOND, VA 23285 | CITI FINANCIAL<br>11436 CRONHILL DRIVE<br>SUITE 11<br>OWINGS MILLS, MD 21117 | COM ED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 |
| COOK COUNTY TREASURER'S OFFICE<br>118 N. CLARK STREET<br>ROOM 112<br>CHICAGO, IL 60602 | CREDIT ACCEPTANCE<br>25505 W 12 MILE ROAD<br>SOUTHFIELD, MI 48034 | DIRECTV<br>P.O. BOX 78627<br>PHOENIX, AZ 85062-8627 |
| FINANCE AMERICA CORP.<br>P.O. BOX 9700<br>BOULDER, CO 80301-9644 | DIRETV<br>C/O FIRST NATIONAL COLLECTION B<br>3631 WARREN WAY<br>RENO, NV 89509 | FORD MOTOR CREDIT CO.<br>P.O. BOX 55000<br>DETROIT, MI 48255-1941 |
| FORD MOTOR CREDIT COMPANY<br>P.O. BOX 55000<br>DETROIT, MI 48255-1941 | GENESIS FINANCIAL SOLUTIONS<br>P.O. BOX 4865<br>BEAVERTON, OR 97076-4865 | GENESIS FINANCIAL SOLUTIONS<br>C/O TATE & KIRLIN ASSOC.<br>2810 SOUTH HAMPTON RD.<br>PHILADELPHIA, PA 19154-1207 |
| HFC BENEFICIAL<br>P.O. BOX 17574<br>BALTIMORE, MD 21297 | HOME DEPOT 1901<br>1901 BROADVIEW SQUARE<br>BROADVIEW, IL 60153 | HOME DEPOT 1901<br>C/O CERTEGY PAYMENT RECOVERY SE<br>550 GREENSBORO AVE., SUITE 301<br>TUSCALOOSA, AL 35401 |
| IL DEPARTMENT OF EMPLOYMENT SEC<br>325 W. ADAMS STREET<br>SPRINGFIELD, IL 62704-1858 | IL DEPARTMENT OF EMPLOYMENT SEC<br>P.O. BOX 4385<br>CHICAGO, IL 60605 | JEWEL FOOD STORE<br>C/O CRA SECURITY SYSTEMS<br>P.O. BOX 67555<br>HARRISBURG, PA 17106 |
| K-MART CORPORATION<br>C/O FRIEDMAN & WEXLER, LLC<br>500 W. MADISON ST., SUITE 2910<br>CHICAGO, IL 60661 | LINCOLN TECH COLLEGE<br>8317 W NORTH AVE<br>MELROSE PARK, IL | LOYOLA HOSPITAL<br>2160 S 1ST AVE<br>MAYWOOD, IL 60153 |
| LOYOLA HOSPITAL<br>2160 S. 1ST AVE<br>MAYWOOD, IL 60153 | MERCHANT'S CREDIT DIVISION<br>223 W JACKSON<br>CHICAGO, IL 60606 | NATIONWIDE LOAN<br>3455 N. CICERO AVE.<br>CHICAGO, IL 60641-3719 |
| NICOR GAS<br>1844 W. FERRY RD.<br>NAPERVILLE, IL 60563 | NIKO CREDIT SERVICE<br>3455 N. CICERO AVE<br>CHICAGO, IL 60641-3719 | NUVELL FINANCIAL SERVICE CORP.<br>P.O. BOX 7100<br>LITTLE ROCK, AZ 72223-7100 |

ROSA HAE SCHOI M.D.
C/O DEPENDON COLLECTION SERVICE
P.O. BOX 6074
RIVER FOREST, IL 60305-6074

SEVENTH AVENUE
1112 7TH AVENUE
MONROE, WI 53566-1364

SPRINT
C/O CAVALRY PORTFOLIO SERVICE
P.O. BOX 22088
TEMPE, AZ 85285

SPRINT
150 N. CLARK
CHICAGO, IL 60604

TIME WARNER CABLE
7720 W 98TH STREET
HICKORY HILLS, IL 60457

TRITON COLLEGE
2000 5TH AVE.
RIVER GROVE, IL

TRITON COLLEGE
C/O NCO FINANCIAL SYSTEMS, INC.
507 PRUDENTIAL RD.
HORSHAM, PA 19044

UNIFUND CORP.
10625 TECHWOOD CIR.
CINCINNATI, OH

VANRU CREDIT CORP
150 S. SUNNYSIDE, SUITE 108
BROOKFIELD, WI 53005-6461

WAL-MART STORES
C/O FRIEDMAN WEXLER, LLC
500 W. MADISON ST., SUITE 2910
CHICAGO, IL 60661-2587

WESTLAKE HOSPITAL
1225 LAKE ST
MELROSE PARK, IL 60160

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

**Eastern Division**

| | | |
|---|---|---|
| In re: JASON D. SOMERS<br>XXX-XX-2695 | ANGEL A. SOMERS<br>XXX-XX-2142 | Case No _____<br>Chapter   13 |

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 4-15-05

Signed: _____
Thaddeus L. Wilson
Bar No    6226383

Signed: _____
JASON D. SOMERS

Signed: _____
ANGEL A. SOMERS