Official Form 3
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re   JASON D. SOMERS        ANGEL A. SOMERS            Case No _____
                                                          Chapter   13

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1  In accordance with Fed R. Bankr P 1006, I apply for permission to pay the Filing Fee amounting to $   194.00
in installments

2  I certify that I am unable to pay the Filing Fee except in installments

3  I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full

4  I propose the following terms for the payment of the Filing Fee *

$   20.00    Check one   ☑ With the filing of the petition, or
                         ☐ On or before _____

$   58.00    on or before   05/13/2005
$   58.00    on or before   06/15/2005
$   58.00    on or before   07/15/2005

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed R Bankr P 1006(b)(2).

5  I understand that if I fail to pay an installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts

_____ 4/15/05    _____ 4-15-05
Signature of Attorney           Date        Signature of Debtor              Date

Thaddeus L. Wilson, 6226383
Name of Attorney

                                            _____ 4-15-05
                                            Signature of Joint Debtor         Date