```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 14638
    JASON D SOMERS
    ANGEL A SOMERS                            CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2695    SSN XXX-XX-2142

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/15/2005 and was confirmed 06/13/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

      The case was dismissed after confirmation 08/27/2007.
--------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
EGM PEDIATRICS              UNSECURED      NOT FILED           .00          .00
BALLYS TOTAL FITNESS        UNSECURED      NOT FILED           .00          .00
CAHAN WEINSTEIN MD          UNSECURED      NOT FILED           .00          .00
CAPITAL ONE                 UNSECURED      NOT FILED           .00          .00
CITIFINANCIAL MORTGAGE C    CURRENT MORTG       .00            .00          .00
COMMONWEALTH EDISON         UNSECURED         1124.28          .00        39.63
COOK COUNTY TREASURER       SECURED           5755.00       369.40      5755.00
CREDIT ACCEPTANCE CORP      SECURED           5825.00       528.81      5825.00
DIRECT TV                   UNSECURED      NOT FILED           .00          .00
FINANCE AMERICAN CORP       UNSECURED          400.00          .00        16.81
DIRECT TV                   NOTICE ONLY    NOT FILED           .00          .00
FORD MOTOR CREDIT           UNSECURED         1582.51          .00        55.78
FOCUS RECEIVABLES           NOTICE ONLY    NOT FILED           .00          .00
NATIONAL CAPITAL MANAGEM    UNSECURED          253.85          .00          .00
GENESIS FINANCIAL SOLUTI    NOTICE ONLY    NOT FILED           .00          .00
HOUSEHOLD FINANCE CORP      CURRENT MORTG       .00            .00          .00
HOME DEPOT                  UNSECURED      NOT FILED           .00          .00
CERTEGY PAYMENT RECOVERY    NOTICE ONLY    NOT FILED           .00          .00
STATE OF ILLINOIS           NOTICE ONLY    NOT FILED           .00          .00
IL DEPT OF EMPLOYMENT SE    UNSECURED        18732.51          .00       787.14
JEWEL FOOD                  UNSECURED      NOT FILED           .00          .00
K MART                      UNSECURED      NOT FILED           .00          .00
LINCOLN TECH                NOTICE ONLY    NOT FILED           .00          .00
LOYOLA HOSPITAL             UNSECURED      NOT FILED           .00          .00
LOYOLA HOSPITAL             UNSECURED      NOT FILED           .00          .00
MERCHANTS CREDIT GUIDE C    UNSECURED      NOT FILED           .00          .00
NATIONWIDE LOAN             UNSECURED         3472.27          .00       145.90
NICOR GAS                   UNSECURED          892.42          .00        37.50
NIKOCREDLP                  UNSECURED      NOT FILED           .00          .00
NUVELL CREDIT CORPORATIO    UNSECURED         7598.09          .00       319.27
ROSA HAE S CHOI MD          UNSECURED      NOT FILED           .00          .00
SEVENTH AVENUE              UNSECURED      NOT FILED           .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 14638 JASON D SOMERS & ANGEL A SOMERS
```

```
SPRINT                     UNSECURED      NOT FILED           .00          .00
SPRINT                     UNSECURED      NOT FILED           .00          .00
TIME WARNER CABLE          UNSECURED      NOT FILED           .00          .00
TRITON COLLEGE             NOTICE ONLY    NOT FILED           .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED           .00          .00
UNIFUND CO                 UNSECURED      NOT FILED           .00          .00
VANRU CREDIT CORP          NOTICE ONLY    NOT FILED           .00          .00
WALMART STORES INC         UNSECURED      NOT FILED           .00          .00
WESTLAKE COMMUNITY HOSPI   UNSECURED      NOT FILED           .00          .00
CITIFINANCIAL MORTGAGE C   MORTGAGE ARRE   5993.77            .00      5993.77
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE   2986.00            .00      2986.00
COOK COUNTY TREASURER      NOTICE ONLY    NOT FILED           .00          .00
FORD MOTOR CREDIT          SECURED NOT I   1582.51            .00          .00
CREDIT ACCEPTANCE CORP     UNSECURED       1171.43            .00        41.29
ARROW FINANCIAL SERVICES   UNSECURED        446.51            .00        15.74
ECAST SETTLEMENT CORP      UNSECURED        412.23            .00        17.32
CAPITAL ONE                UNSECURED        658.06            .00        23.20
CAPITAL ONE                UNSECURED        587.64            .00        20.71
PORTFOLIO RECOVERY ASSOC   UNSECURED        887.33            .00        37.28
BROOKINS & WILSON          DEBTOR ATTY     2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                    1,330.80
DEBTOR REFUND              REFUND                                        49.65
```

Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    27,096.00

PRIORITY                                               .00
SECURED                                           20,559.77
    INTEREST                                         898.21
UNSECURED                                          1,557.57
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               1,330.80
DEBTOR REFUND                                         49.65
                         ---------------      ---------------
TOTALS                     27,096.00              27,096.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/03/07              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
       CASE NO. 05 B 14638 JASON D SOMERS & ANGEL A SOMERS